NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**GENERAL ELECTRIC COMPANY** AND
**GE WIND ENERGY, LLC,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

v.

**THOMAS WILKINS,**
*Defendant/Counterclaimant-Appellee,*

AND

**MITSUBISHI HEAVY INDUSTRIES, LTD.** AND
**MITSUBISHI POWER SYSTEMS AMERICAS, INC.,**
*Counterclaimants-Appellees.*

———————————————

2013-1171

———————————————

Appeal from the United States District Court for the Eastern District of California in No. 10-CV-0674, Judge Lawrence J. O'Neill.

------------------------------------------------

**GENERAL ELECTRIC COMPANY** AND
**GE WIND ENERGY, LLC,**
*Plaintiffs/Counterclaim Defendants-Appellees,*

v.

**THOMAS WILKINS,**
*Defendant/Counterclaimant-Appellant,*

AND

## MITSUBISHI HEAVY INDUSTRIES, LTD. AND MITSUBISHI POWER SYSTEMS AMERICAS, INC.,
*Counterclaimants-Appellants.*

————————————

2013-1169, -1170

————————————

Appeals from the United States District Court for the Eastern District of California in No. 10-CV-0674, Judge Lawrence J. O'Neill.

————————————

## ON MOTION

————————————

## O R D E R

General Electric Company and GE Wind Energy, LLC move without opposition to withdraw its cross-appeal no. 2013-1171, and to reform the caption of the remaining appeals to reflect the dismissal of GE's cross-appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2013-1171 is granted. 2013-1171 is dismissed.

(2) The motion to reform the official caption is granted. The revised official caption in 2013-1169, -1170, is reflected above.

(3) Each side shall bear its own costs in 2013-1171.

3          GENERAL ELECTRIC COMPANY V. THOMAS WILKINS

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


ISSUED AS A MANDATE: (As To 2013-1171 Only):
July 31, 2013


s21